**Order filed May 2, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-14-00223-CV
_____

### IN THE INTEREST OF D.C., a Minor Child

---

**On Appeal from the 257th District Court
Harris County, Texas
Trial Court Cause No. 2012-05172J**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. The notice of appeal was filed March 17, 2014, and appellant's motion for extension of time to file the notice of appeal was granted. Appellant has established indigence or is presumed to be indigent. *See* Tex. R. App. P. 20.1(a). The reporter's record was due within **10 days** after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). When the record was not timely filed, this court issued an order to **Tiffani Yeates,** the court reporter on this case, to file the record on or before April 28, 2014. The record was not filed by the due date set out in the order.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). The trial court **must** direct the court reporter to immediately commence the preparation of the reporter's record and **must** arrange for a substitute reporter, if necessary. *See* Tex. R. App. P. 28.4(b)(1).

Because the reporter's record was not filed timely in this accelerated appeal, on April 30, 2014, we issued an order abating the appeal for the trial court to conduct a hearing. On May 1, 2014, Tiffani Yeates filed a request for an extension of time to file the record until May 19, 2014. We **REINSTATE** the appeal and **GRANT** the request. The reporter's record is due **May 19, 2014. NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT EXCEPTIONAL CIRCUMSTANCES.**

The hearing requested in our April 30, 2014, is not required at this time. If **Tiffani Yeates** fails to timely file the reporter's record in accordance with this order, the court will consider contempt proceedings and further orders will issue.

PER CURIAM